IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.F.,<br><br>*Plaintiff*,<br><br>v.<br><br>WYNDHAM HOTELS & RESORTS, INC. d/b/a DAYS INN BY WYNDHAM, KRUSHNA HOSPITALITY, LLC d/b/a DAYS INN BY WYNDHAM,<br><br>*Defendants*. | Civil Action No:<br>1:25-CV-05594-TRJ |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT WYNDHAM HOTELS & RESORTS, INC. TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT**

Defendant Wyndham Hotels & Resorts, Inc. ("WHR"), by and through the undersigned counsel, hereby moves under Rule 6(b) of the Federal Rules of Civil Procedure for an extension of the deadline by which it must answer or otherwise respond to Plaintiff's Second Amended Complaint, extending the current November 18, 2026 deadline through January 12, 2027. In support of this motion, WHR states as follows:

1. On October 22, 2026, upon consideration of WHR's motion to dismiss the First Amended Complaint, the Court ordered Plaintiff to amend her pleading by November 4, 2026 and ordered WHR to respond by November 18, 2026.

2. Plaintiff filed her Second Amended Complaint on November 4, 2026.

3. Plaintiff not only amended the allegations of her pleading but also added two new defendants to the action. One of those newly added defendants is Days Inns Worldwide, Inc. ("DIW").

4. DIW is a corporate affiliate of WHR. The parties will be represented by common counsel in this action.

5. DIW waived service of the Second Amended Complaint on November 13, 2026. Accordingly, its response will be due sixty days thereafter, on January 12, 2027.

6. Given that the parties are affiliated and share counsel, WHR wishes to align its response deadline with that of DIW. Aligning the response deadlines for these parties will avoid the duplication of efforts and simplify the case schedule generally.

7. WHR's counsel has conferred with Plaintiff's counsel, who has consented to this extension of time.

8. The second newly-added defendant, Krishna Q Investments LLC has not yet been served, and thus the extension WHR requests here would not materially delay the progress of this case.

9. Granting the requested relief will not prejudice any party.

WHEREFORE, Defendant Wyndham Hotels & Resorts, Inc. respectfully requests that this Court enter an order extending its deadline to answer or otherwise respond to the Second Amended Complaint to **January 12, 2027.**

Respectfully submitted this 16th day of November 2026.

**DLA PIPER LLP (US)**

*/s/ Alexandra M. Dishun*

Alexandra M. Dishun
Georgia Bar No. 184502
Alexandra.Dishun@us.dlapiper.com
1201 West Peachtree Street, Suite 2900
Atlanta, Georgia 30309-3450
Telephone: (404) 736-7800
Facsimile: (404) 682-7800

David S. Sager (*pro hac vice*)
David.Sager@us.dlapiper.com
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Telephone: (973) 520-2570
Facsimile: (973) 520-2551

*Attorneys for Defendant Wyndham Hotels & Resorts, Inc.*

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing *Consent Motion to Extend Time for Defendant Wyndham Hotels & Resorts, Inc. to Answer or Otherwise Respond to Plaintiff's Second Amended Complaint* complies with the font and point selections approved by the Court in Local Rule 5.1C. This document was prepared on a computer using Times New Roman font (14 point).

Dated: November 16, 2026.

Respectfully submitted,

*/s/ Alexandra M. Dishun*

Alexandra M. Dishun
Georgia Bar No. 184502
Alexandra.Dishun@us.dlapiper.com
**DLA PIPER LLP (US)**
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309-3450
Telephone: (404) 736-7800
Facsimile: (404)682-7800

*One of the attorneys for Defendant Wyndham Hotels & Resorts, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically filed the foregoing *Consent Motion to Extend Time for Defendant Wyndham Hotels & Resorts, Inc. to Answer or Otherwise Respond to Plaintiff's Second Amended Complaint* with the Clerk of Court using the CM/ECF efiling system, which will automatically serve notice of the filing and a link to the document(s) to all parties of record.

*/s/ Alexandra M. Dishun*
Alexandra M. Dishun
Ga. Bar No. 184502

*One of the attorneys for Defendant Wyndham Hotels & Resorts, Inc.*